H. B. NEWTON AND W. L. PARSLEY v. H. A. BROWN, JR., ET AL.

(Filed 13 May, 1909.)

ACTION tried before *Lyon, J.,* and a jury, at September Term, 1908, of PENDER.

Defendants appealed.

*E. K. Bryan* and *C. E. McCullen* for plaintiffs.

*Mears & Ruark, Stevens, Beasley & Weeks* and *J. T. Bland* for defendants.

PER CURIAM: The plaintiffs claimed title to the land in controversy by color and possession. Upon an examination of the record we find no error in his Honor's rulings upon the evidence.

The contested matters were largely of fact, and they were submitted to the jury in a charge following well-settled principles and free from error.

No Error.